IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-11-00191 |
| v. | ) | |
| | ) | |
| CHRISTOPHER ANDREW WEST | ) | |

O R D E R

The defendant's motion to amend conditions of release (Docket Entry No. 28) is GRANTED.

The conditions of the defendant's release as provided in the order entered August 11, 2011 (Docket Entry No. 8) are MODIFIED to require that the defendant reside at a halfway house or transitional living facility as directed by Pretrial Services.

In all other respects, the terms of the August 11, 2011, order remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge