IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-11-00191 |
| v. | ) | |
| | ) | |
| JOHNNY RAY REEDER | ) | |

ORDER

The government's motion to set revocation hearing and petition for writ of habeas corpus ad prosequendum (Docket Entry No. 81) is GRANTED.

A hearing on the Petition filed by Pretrial Services (Docket Entry No. 41) is scheduled on **Monday, August 6, 2012, at 3:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

A writ of habeas corpus ad prosequendum is contemporaneously entered.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge